**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-19435

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Jeffrey Mark Nieman<br>　　　　Debtor.<br>_____<br>Chase Home Finance LLC<br>　　　　Movant,<br>　　vs.<br><br>Jeffrey Mark Nieman, Debtor, Anthony H. Mason, Trustee.<br><br>　　　　Respondents. | No. 2:10-BK-21859-GBN<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #8) |

　　　　Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

　　　　IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated April 14, 2008 and recorded in the office of the Maricopa County Recorder wherein Chase Home Finance LLC is the current beneficiary and Jeffrey Mark Nieman has an interest in, further described as:

> Unit 176, Chandler Parc Condominiums, A Condominium As Created By That Certain Declaration Recorded In Instrument No. 2001-0003643, Amendment Recorded In Instrument No. 2006-0025095 And As Shown On The Plat Of Said Condominium Recorded In Book 533 Of Maps, Page 45, Records Of Maricopa County, Arizona;
>
> Together With A Proportionate Interest In And To The Common Areas, As Set Forth In Said Declaration And As Shown On The Plat Of Said Condominium.

IT IS FURTHER ORDERED that Movant may contact the Debtor by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtor. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtor if Debtor's personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.